1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Section
5  MATTHEW NICKELL (Cal. Bar No. 304828)
   Assistant United States Attorney
6         Federal Building, Suite 7516
          300 North Los Angeles Street
7         Los Angeles, California 90012
          Telephone: (213) 894-8805
8         Facsimile: (213) 894-7819
          E-mail: matthew.nickell@usdoj.gov
9  Attorneys for Defendant
   United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHRYN PRICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 18-03633 DSF (GJSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Dale S. Fischer<br>United States District Judge |

The parties having filed a Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED that

1. Plaintiff's action is dismissed with prejudice in its entirety;

//

//

2. Each party shall bear its own costs of suit and fees; and

3. The Court retains jurisdiction pending payment of the settlement.

IT IS SO ORDERED.

DATED: November 1, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Matthew Nickell*
MATTHEW NICKELL
Assistant United States Attorney
Attorneys for Defendant
United States of America